IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTOR CARO, | : | CIVIL ACTION - LAW |
| Plaintiff | : | |
| v. | : | 3:16-CV-01526-ARC |
| | : | |
| CONELIUS FLUNORY and | : | |
| GUARANTEED EXPRESS INCORPORATED | : | |
| and RYDER SYSTEM, INC., and | : | |
| RYDER TRUCK RENTAL, INC., | : | |
| Defendants | : | |
| v. | : | |
| | : | |
| EDWIN PINOT MORALES | : | |
| Third Party Defendant | | |

**FILED
SCRANTON**

AUG 1 5 2017

Per_____
DEPUTY CLERK

---

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN AUSTIN | : | CIVIL ACTION - LAW |
| Plaintiff | : | |
| v. | : | 3:16-CV-01911 |
| | : | |
| CONELIUS FLUNORY and | : | |
| GUARANTEED EXPRESS | : | |
| INCORPORATED and | : | |
| RYDER SYSTEM, INC., and | : | |
| RYDER TRUCK RENTAL, INC., | : | |
| Defendants | : | |

---

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JESSE AUSTIN | : | CIVIL ACTION - LAW |
| Plaintiff | : | |
| v. | : | 3:16-CV-1910 |
| | : | |
| CONELIUS FLUNORY and | : | |
| GUARANTEED EXPRESS | : | |
| INCORPORATED and | : | |

RYDER SYSTEM, INC., and :
RYDER TRUCK RENTAL, INC., :
               Defendants :

---

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAYMOND BLEEKER, JR. : | CIVIL ACTION - LAW |
|     Plaintiff : | |
| v. : | 3:16-CV-2115-ARC |
| CORNELIUS FLUNORY : | |
| and : | |
| GUARANTEED EXPRESS, INC. : | |
| and : | |
| RYDER SYSTEM, INC. : | |
| and : | |
| RYDER TRUCK RENTAL, INC. : | |
|     Defendants : | |

---

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BENJAMIN ADAMS, and : | CIVIL ACTION - LAW |
| SUZANNA ADAMS   Plaintiffs : | |
| v. : | 3:16-CV-1198 ✓ |
| : | |
| CONELIUS FLUNORY and : | |
| GUARANTEED EXPRESS INCORPORATED : | |
| andRYDER TRUCK RENTAL, INC. : | |
|     Defendants : | |

**ORDER**

AND NOW, this 15th Day of August, 2017, upon consideration of the Motion of Defendants, Conelius Flunory and Guaranteed Express Incorporated for Consolidation Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, and any

Responses thereto, it is hereby ORDERED and DECREED that said Motion is GRANTED.

The matter of <u>Benjamin Adams and Suzanna Adams v. Guaranteed Express Incorporated, et al.</u>, Civil Action- Law, 3:17-CV-1198 is CONSOLIDATED with the matters of <u>Victor Caro v. Guaranteed Express Incorporated, et al.</u>, Civil Action - Law 3:16 CV-01526-ARC, <u>John Austin v. Guaranteed Express Incorporated, et al.</u>, Civil Action - Law 3:16-CV-01911-ARC, <u>Jesse Austin v. Guaranteed Express Incorporated, et al.</u>, Civil Action - Law 3:16- CV- 01910-ARC, and <u>Raymond Bleeker v. Guaranteed Express Incorporated, et al.</u> Civil Action - Law, 3:16-CV-2115, for purposes of pre-trial proceedings, trial and all matters at issue.

_____ J.